IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICK DUNN and HOPE ELLY**　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:17-cv-92LG-RHW**

**NEW PALACE CASINO, LLC**　　　　　　　　　　　　　　　**DEFENDANT**

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), all parties to this action hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, if any. The parties further stipulation that this Court retains jurisdiction to enforce any settlement agreement that will be retained by counsel.

RESPECTFULLY SUBMITTED, this the 13th day of November, 2017.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| PATRICK DUNN | NEW PALACE CASINO, LLC |
| AND HOPE ELLY | By its Attorneys, |
| By their Attorneys, | |
| | |
| By: */s/ Bradley D. McAdory* | By: */s/ J. Henry Ros* |
| Bradley D. McAdory, Esq. | J. Henry Ros, Esq. (MSB# 5668) |
| **THE ADA GROUP, LLC** | **CURRIE JOHNSON & MYERS, P.A.** |
| 4001 Carmichael Road, St. 570 | 925 Tommy Munro Drive, St. H |
| Montgomery, AL  36116 | Biloxi, MS  39532 |
| Telephone: 334-819-430 | Telephone: 228-385-1010 |
| bdm@ada-firm.com | hros@curriejohnson.com |